# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANFILO SALINAS-ALVARADO,<br><br>              Petitioner,<br><br>      v.<br><br>JEFF WRIGLEY, Warden,<br><br>              Respondent.<br>_____/ | 1:07-CV-00457 OWW DLB HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION<br><br>[Doc. 8] |

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     On May 3, 2007, the Court directed Respondent to file a response to the petition.

     Pending before the Court is Respondent's motion for an extension of time to file a response, filed June 29, 2007.  Respondent's counsel requests a 5-day extension of time due to a death in counsel's immediate family.  GOOD CAUSE having been demonstrated, Respondent's request for an extension of time is GRANTED, and the response shall be filed on or before July 12, 2007.

     IT IS SO ORDERED.

     Dated:   **July 9, 2007**          /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE