# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANFILO SALINAS-ALVARADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFF WRIGLEY, Warden,<br><br>　　　　Respondent.<br>_____/ | 1:07-CV-00457 OWW DLB HC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　Petitioner filed the instant petition for writ of habeas corpus on March 22, 2007. On May 3, 2007, the Court directed Respondent to file a response to the petition. (Court Doc. 6.) On June 29, 2007, Respondent filed a motion for an extension of time to file a response. (Court Doc. 8.) The Court granted Respondent's motion on July 9, 2007, and the response to the petition was due on or before July 12, 2007.[1] (Court Doc. 10.)

　　　　Local Rule 11-110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

　　　　Accordingly, it is HEREBY ORDERED within twenty (20) days of service of this order,

---

[1] A review of the Court's Electronic Case Management System reveals that the Respondent's counsel was electronically served with the Court's July 9, 2007, order.

1

Respondent is ordered to SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey a court order.

IT IS SO ORDERED.

Dated: **July 30, 2007**    /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE