# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANFILO SALINAS-ALVARADO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFF WRIGLEY, Warden,<br><br>　　　　　　Respondent.<br>_____/ | 1:07-CV-00457 OWW DLB HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED UPON RESPONDENT FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[Docs. 11, 12] |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On May 3, 2007, the Court directed Respondent to file a response to the instant petition. (Court Doc. 6.) Although Respondent filed a motion for an extension of time to file the answer on June 29, 2007, which was granted on July 9, 2007, Respondent failed to file an answer. Therefore, on July 31, 2007, the Court issued an order to show cause why sanctions should not be imposed for failure to comply with the Court's order. (Court Doc. 11.) On August 17, 2007, Respondent filed a response to the order to show cause, along with a motion to dismiss the petition. (Court Docs. 12, 13.)

　　　　In his response to the order to show cause, Respondent states that the failure to respond "was the result of an inadvertent calendaring error and counsel's failure to note the oversight during a period of time when she was largely out of the office and preparing for trial." (Response, at 1.) Respondent's counsel states that she is her mother's primary care provider and

1

1  her mother has underwent extensive surgery resulting in counsel's absence from her officer
2  during July and August. (Response, at 1.) Counsel states, "During the same time, Ms. Doyle
3  [counsel] was (and is) preparing for a long-cause trial with complex medical issues, in addition to
4  her regular case load.  Ms. Doyle's secretary is very good about calendaring.  The oversight was
5  exception to the rule and something Ms. Doyle normally would have caught but for the above
6  circumstances." (Response, at 1-2.)
7      Good cause having been demonstrated, the Court's July 31, 2007, order to show cause, is
8  HEREBY DISCHARGED.

10     IT IS SO ORDERED.
11    Dated:   **September 28, 2007**          **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE