1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ROBERT A. FORD, SB#056311
2  ANDJE MOROVICH, SB#215288
   One Sansome Street, Suite 1400
3  San Francisco, California  94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Respondent
   TAFT CORRECTIONAL INSTITUTION
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9
   PANFILLO SALINAS-ALVARADO,           ) CASE NO. 1:07 CV 00457 OWW DLB HC
10                                       )
              Petitioner,                )
11                                       ) **ORDER GRANTING DEFENDANT JEFF**
         v.                              ) **WRIGLEY'S REQUEST TO REMOVE**
12                                       ) **DOCKET NO. 18 AND DOCKET NO. 20**
   JEFF WRIGLEY, Warden,                 ) **AND FOR THE TERMINATION OF THE**
13                                       ) **14 DEFENDANTS ADDED ON**
              Respondent.                ) **DECEMBER 27, 2007**
14                                       )
   _____ )
15

16       Defense counsel filed a Notice of Error in Filing Documents and Improper Addition of

17  Defendants on December 27, 2007.

18       The Court, having considered the filing and GOOD CAUSE APPEARING,

19       **IT IS HEREBY ORDERED** that docket number 18 and docket number 20 be removed

20  from this case.  **IT IS FURTHER ORDERED** that the fourteen defendants added to this matter in

21  error are hereby terminated from this action.

22       **SO ORDERED**.

23  DATED: 3 January 2008

24                           /s/ *Dennis L. Beck*
                         _____
                         DENNIS L. BECK, U.S. Magistrate Judge
25

26

27

28

4825-6301-3634.1                    -1-
                               [PROPOSED] ORDER